UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANITE PAYMENTS, LLC, et al.<br><br>Plaintiff,<br><br>v.<br><br>1POINT MERCHANT SOLUTIONS, INC., et al.,<br><br>Defendants. | No. 2:18-cv-02727-TLN-KJN<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR EXTENSION OF TIME** |

Defendants Michael Meyer, Joseph Ray, and Susan Ryan ("Defendants") applied ex parte for an extension of time until November 20, 2018, to file responses to Plaintiffs' Complaint, (ECF No. 1). (ECF No. 8 at 1.) Defendants' counsel has provided an affidavit explaining that his clients retained him only a few days before the first deadline to respond and detailing the unsuccessful attempts he made to meet and confer with opposing counsel before filing ex parte. (ECF No. 8 at 2–3.) Good cause appearing, Defendants' Application is **GRANTED**. Defendants shall file responses on or before November 20, 2018.

IT IS SO ORDERED.

Dated: November 6, 2018

<br>

Troy L. Nunley
United States District Judge