UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANITE PAYMENTS, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>1POINT MERCHANT SOLUTIONS, INC., et al.,<br><br>Defendants. | No. 2:18-cv-02727-TLN-KJN<br><br>ORDER GRANTING IN PART DEFENDANT'S MOTION TO COMPEL AND REQUEST FOR FEES |

On June 6, 2019, the court entertained oral argument regarding Plaintiffs' motion to compel discovery responses from Defendants Elizabeth Carter, John Keddy, Suzanne Lambert, Michel Meyer, Angela Molloy, Iva Oakes, Joseph Ray, and Susan Ryan. (ECF No. 37) At the hearing, attorney Natasha Gill appeared telephonically on behalf of Plaintiffs, attorney Eric Schmoll appeared telephonically on behalf of Defendant, and attorney Michael G. York appeared on behalf of Defendants Carter, Keddy, Lambert, Meyer, Molloy, Oakes, Ray, and Ryan.

After carefully considering the written briefing, the oral argument, and the applicable law, and for the reasons stated on the record at the hearing, IT IS HEREBY ORDERED that:

1. Plaintiffs' motion to compel discovery responses from Defendants Elizabeth Carter, John Keddy, Suzanne Lambert, Michel Meyer, Angela Molloy, Iva Oakes, Joseph Ray, and Susan Ryan (ECF Nos. 37) is GRANTED;

2. As discussed by the parties and the Court, these Defendants have 10 days from the

date of this order to respond to Plaintiffs' discovery requests;

3. Plaintiffs' request for a finding that Defendants' have waived all objections to these discovery requests is DENIED, but Defendants are cautioned that any objections lodged must not be frivolous;

4. The law firm of Zweiback, Fiset & Coleman LLP are awarded sanctions pursuant to Fed. R. Civ. P. 37(a)(5)(A) in the amount of $5,000.00, to be paid by Defense Counsel Michael G. York due to Mr. York's conduct that necessitated this motion, as articulated on the record. Such sanctions must be paid within 10 days of this order, and Mr. York may not pass on the costs of such sanctions to his clients either directly or indirectly; and

5. These Defendants are cautioned that future failure to comply with discovery obligations and court orders may result in the imposition of increased sanctions that may include the waiver of any objections to discovery requests.

Dated: June 11, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gran.2727