UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANITE PAYMENTS, LLC, a Florida corporation; and GPA PROCESSING, LLC d/b/a GRANITE PAYMENT ALLIANCE, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>1POINT MERCHANT SOLUTIONS, INC., a Delaware corporation, WAYNE KEDDY, an individual; ELIZABETH CARTER, an individual; JOHN KEDDY, an individual; SUZANNE LAMBERT, an individual; MICHEL MEYER, an individual; ANGELA MOLLOY, an individual; IVA OAKES, an individual; CONNIE PEARCE, an individual; JOSEPH RAY, an individual; SUSAN RYAN, an individual; BOB WELCH, an individual; and DOES 1-20,<br><br>Defendants. | No. 2:18-cv-02727-TLN-KJN<br><br>**ORDER GRANTING REQUEST TO SEAL** |

The Court has reviewed Defendants' Request to Seal (ECF No. 69). Finding good cause therefor, the request is GRANTED. The following shall be filed under seal and shall remain sealed until further order of this Court:

///

///

1

Exhibit A in support of its Motion to Stay Proceedings as related to Bob Welch.

IT IS SO ORDERED.

Dated: October 29, 2019

Troy L. Nunley
United States District Judge