RACHEL L. FISET (SBN 240828)
NATASHA GILL (SBN 314301)
**ZWEIBACK, FISET & COLEMAN LLP**
523 W. 6th Street, Suite 450
Los Angeles, CA 90014
Telephone:  213-266-5170
Facsimile:  213-289-4025
rachel.fiset@zfclaw.com
natasha.gill@zfclaw.com

Attorneys for Plaintiff
**GRANITE PAYMENTS, LLC**

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANITE PAYMENTS, LLC, a Florida corporation; and GPA PROCESSING, LLC d/b/a GRANITE PAYMENT ALLIANCE, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>1POINT MERCHANT SOLUTIONS, INC., a Delaware corporation, WAYNE KEDDY, an individual; ELIZABETH CARTER, an individual; JOHN KEDDY, an individual; SUZANNE LAMBERT, an individual; MICHEL MEYER, an individual; ANGELA MOLLOY, an individual; IVA OAKES, an individual; CONNIE PEARCE, an individual; JOSEPH RAY, an individual; SUSAN RYAN, an individual; BOB WELCH, an individual; and DOES 1-20,<br><br>Defendants. | Case No.: 2:18-CV-02727-TLN-KJN<br>*Assigned to Hon. Troy L. Nunley, Courtroom 2*<br><br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF DEFENDANTS ELIZABETH CARTER, JOHN KEDDY, SUZANNE LAMBERT, MICHEL MEYER, ANGELA MOLLOY, IVA OAKES, JOSEPH RAY, & SUSAN RYAN.**<br><br>[Filed concurrently with Stipulation]<br><br><br><br>Complaint Filed: October 9, 2018 |

## <u>ORDER</u>

The Court having considered the settlement and Stipulation of Plaintiffs GRANITE PAYMENTS, LLC and GPA PROCESSING, LLC and Defendants ELIZABETH CARTER, JOHN KEDDY, SUZANNE LAMBERT, MICHEL MEYER, ANGELA MOLLOY, IVA OAKES, JOSEPH RAY & SUSAN RYAN, and finding good cause, approves the Stipulation and hereby makes the following Order:

1.   Defendants Elizabeth Carter, John Keddy, Suzanne Lambert, Michel Meyer, Angela Molloy, Iva Oakes, Joseph Ray and Susan Ryan are hereby dismissed with prejudice from this action, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: August 6, 2020

Troy L. Nunley
United States District Judge